IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DANNY L. STEWART,            )
                             )
        Plaintiff,           )
                             )
vs.                          )    CIVIL ACTION 04-0252-BH-M
                             )
WARDEN FERRELL, et al.,      )
                             )
        Defendants.          )

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice for failure to prosecute and to obey the Court's Order.

**DONE** this 16th day of November, 2005.

                              s/ W. B. Hand
                         SENIOR DISTRICT JUDGE