```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

```
DANNY L. STEWART,              )
                               )
        Plaintiff,             )
                               )
vs.                            )    CIVIL ACTION 04-0252-BH-M
                               )
WARDEN FERRELL, et al.,        )
                               )
        Defendants.            )
```

**JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** with prejudice.

**DONE** this 16th day of November, 2005.

                                                   s/ W. B. Hand
                                        SENIOR DISTRICT JUDGE